# Order

Michigan Supreme Court
Lansing, Michigan

May 27, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150674

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC: 150674
                                COA: 317800

SHAQUILLE JOEL SHERMAN,
      Defendant-Appellant.
                                Wayne CC: 13-000288-FC

_____/

      On order of the Court, the application for leave to appeal the November 13, 2014 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE that part of the Court of Appeals opinion suggesting that a "completed larceny" is an element of unlawfully driving away a motor vehicle (UDAA). This Court expressly rejected that conclusion in *People v Cain*, 495 Mich 874 (2013). We otherwise AFFIRM the Court of Appeals holding that defendant's multiple punishments for carjacking and UDAA do not violate his double jeopardy rights, for the reasons set forth in *Cain*. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2015

s0520



Clerk